UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                                                                          CASE NO. 3:07cr57/MCR

CLAYTON EDWARD FITZGERALD

### REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on   June 11, 2007
Motion/Pleadings:  MOTION IN LIMINE RE ADMISSION AND/OR STATEMENT
Filed by Defendant                                           on 6/01/2007           Doc.# 132
RESPONSES:

_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

____ Stipulated   ____ Joint Pldg.
____ Unopposed   ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/ *Susan Simms*

LC (1 OR 2)                                Deputy Clerk

### ORDER

    Upon consideration of the foregoing, it is ORDERED this 11th day of June, 2007, that:

    The relief requested is DENIED as moot.

s/ *M. Casey Rodgers*
**M. CASEY RODGERS**
*United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.